JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALILEO SURGERY CENTER, LP,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>ANTHEM BLUE CROSS LIFE AND<br>HEALTH INS. CO., et al.,<br><br>  Defendant(s). | CASE NO. CV 13-07033-MMM(SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:  November 15, 2013

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE